THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MONROE B. BUSSEY, Appellant.

Submitted July 18, 2011; decided September 8, 2011

Motion for assignment of counsel granted and Alex Smith, Esq., 6 North Street, Middletown, New York 10940 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RAYMOND CLYDE, Respondent.

Submitted September 6, 2011; decided September 8, 2011

Motion by New York State Association of Criminal Defense Lawyers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.